1  Bryan M. Barber (State Bar No. 118001)
   e-mail: bbarber@barberlg.com
2  BARBER LAW GROUP
   101 California Street, Ste. 810
3  San Francisco, CA 94111-5827
   Telephone:   (415) 273-2930
4  Facsimile:   (415) 273-2940

5  Attorneys for Defendant and Cross-Complainant
   NATIONWIDE INDEMNITY COMPANY
6
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | MBL, INC. | Case No. C 11-00044 RS
11 |     Plaintiff, |
12 |   vs. | [~~PROPOSED~~] ORDER
13 | NATIONWIDE INDEMNITY COMPANY, and DOES 1 through 10, inclusive, |
14 |     Defendant. |
15
16 | NATIONWIDE INDEMNITY COMPANY |
17 |     Cross-Complainant, | Hearing Date: Thursday, September __, 2011
   |                              | Time:         1:30 p.m.
18 |   vs. | Judge:        Hon. Richard Seeborg
   |                              | Courtroom:    3
19 | MBL, INC. | Complaint Filed: January 4, 2011
20 |     Cross-Defendant. |
21
22

23 TO ALL PARTIES AND COUNSEL OF RECORD:

24     The motion hearing in the instant case rescheduled to September 15, 2011 shall be

25 continued to **September 22, 2011 at 1:30 p.m.** in Courtroom 3 on the 17th Floor of the United

26 ///

27 ///

28 ///

1 | States Courthouse, 450 Golden Gate Avenue, San Francisco.

2 |     IT IS SO ORDERED:

5 | DATED: __8/19_____, 2011

___[signature]_____
United States District Court Of Northern California
JUDGE RICHARD SEEBORG

2026649