**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

M.B.L. INC.,                                        Case No. C11-0044 RS (JCS)

           Plaintiff(s),

       v.                                         **DISCOVERY ORDER REGARDING JOINT LETTER BRIEF [Docket No. 46]**

NATIONWIDE INDEMNITY,

           Defendant(s).
_____/

On August 30, 2011, the Court held a telephonic discovery hearing regarding the Joint Letter Brief filed on August 6, 2011. Raymond Hamrick and Joe Anderson, counsel for Plaintiff, appeared. Brian Barber and Anna-Catherine Benedict, counsel for Defendant, appeared.

For reasons stated on the record and good cause shown,

IT IS HEREBY ORDERED that for the relevant period of time Plaintiff shall produce all invoices, bills, checks and other documents showing fees and costs that were billed (including hourly rates) to, and what payments were made by, the non-participating insurers in the underlying case. Plaintiff shall also produce all correspondence (regarding the underlying case) between MBL or its counsel and non-participating carriers re: any billing or fee dispute. Documents may be redacted for work product or attorney client privilege and logged. Documents shall be produced within ten (10) days. Defendant's motion is denied to the extent that it seeks production of the chart of payments made by the insurers, on the basis that this chart is work product, and Defendant has not made an adequate showing that its production is required under Rule 26(b)(3)(A)(ii).

Defendant's Motion for Sanctions is DENIED.

IT IS SO ORDERED.

Dated: September 1, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge