**\*E-Filed 9/13/2011\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MBL, INC, | No. C 11-00044 RS |
| Plaintiff, | **ORDER REGARDING PLAINTIFF/COUNTER DEFENDANT MBL, INC'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT NATIONWIDE INDEMNITY COMPANY'S MOTION FOR SUMMARY JUDGEMENT** |
| v. | |
| NATIONWIDE INDEMNITY CO., | |
| Defendant. | |

The hearing on both parties' respective motions for summary judgment shall be continued to **November 3, 2011** at 1:30 p.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, in San Francisco, California. The briefing on MBL's motion is complete. The briefing schedule on Nationwide's motion shall proceed as follows: MBL's opposition is due October 13, 2011 and any reply from Nationwide is due October 20, 2011.

IT IS SO ORDERED.

Dated: 9/13/2011

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 11-00044
ORDER REGARDING MBL'S MOTION FOR AN ENLARGEMENT OF TIME