*E-Filed 10/5/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MBL, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NATIONWIDE INDEMNITY COMPANY, an Ohio corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendant.<br><br>AND RELATED CROSS-ACTION. | CASE NO. C 11-00044 RS<br><br>Hon. Richard Seeborg<br><br>[~~PROPOSED~~] ORDER ON JOINT STIPULATION TO CONTINUE HEARING DATE ON MOTIONS FOR SUMMARY JUDGMENT OF BOTH PARTIES    AS MODIFIED BY THE COURT |

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on both parties' respective motions for summary judgment currently scheduled for November 3, 2011 at 1:30 p.m. shall be continued to December 1, 2011 ~~November 10, 2011 at 1:30 p.m.~~ in Courtroom 3 on the 17th Floor of the United

-1-

CASE NO. C11-000444 RS

[Proposed] Order on Joint Stipulation to Continue Hearing Date on Both Parties' Motions for Summary Judgment

1  States Courthouse, 450 Golden Gate Avenue, San Francisco.  All other dates remain
2  as set in this Court's Order dated September 13, 2011.
3
4          PURSUANT TO STIPULATION, IT IS SO ORDERED:
5
6
7  DATED:  __10/5_____, 2011      _____
8                                  United States District Court for the Northern
9                                  District of California
10                                 JUDGE RICHARD SEEBORG

CASE NO. C11-000444 RS

[Proposed] Order on Joint Stipulation to Continue Hearing Date on Both Parties' Motions for Summary Judgment

-2-