1  A. Raymond Hamrick III (State Bar No. 93821)
    Kenneth A. Hearn (State Bar No. 87537)
2  W. Joseph Anderson (State Bar No. 267192)
    HAMRICK & EVANS, LLP
3  111 Universal Hollywood Drive, Suite 2200
    Universal City, California 91608
4  Telephone No.: (818) 763-5292
    Fax No.: (818) 763-2308

Attorneys for Plaintiff and Counter-Defendant MBL, INC.

Bryan M. Barber (State Bar No. 118001)
BARBER LAW GROUP
101 California Street, Ste. 810
San Francisco, California 94111
Telephone No.: (415) 273-2930
Fax No.: (415) 273-2940

Attorney for Defendant and Counter-Claimant NATIONWIDE INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MBL, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE INDEMNITY COMPANY, an Ohio corporation; and DOES 1 through 100, inclusive,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTION. | CASE NO. C 11-00044 RS<br><br>Hon. Joseph C. Spero<br><br>**JOINT STIPULATION TO CONTINUE DATE ON DISCOVERY HEARING** |

## **RECITALS**

WHEREAS there is a telephonic Discovery Hearing in this matter currently scheduled for December 16, 2011 at 9:30 a.m. in front of Magistrate Judge Joseph C. Spero.

1  WHEREAS Counsel for MBL, Inc. is unavailable on December 16, 2011 due
2  to a conflicting appearance in another matter.
3  WHEREAS on December 14, 2011, Counsel for MBL, Inc. requested
4  Counsel for Nationwide Indemnity Company stipulate to continue the date for that
5  Discovery Hearing.
6  WHEREAS the parties have met and conferred and agreed to continue the
7  date set for the discovery hearing.

## STIPULATION

9  THEREFORE, in light of the foregoing recitals, the parties hereby agree and
10 stipulate as follows:
11 1.  The Discovery Hearing in this matter scheduled for December 16, 2011 at
12 9:30 a.m. shall be continued to December 21, 2011 at 10:30 a.m. and both parties
13 shall appear telephonically.
14 SO STIPULATED.

15                                         Respectfully submitted,
16 DATED:  December 14, 2011    */s/ A. Raymond Hamrick, III*
17                                         HAMRICK & EVANS, LLP
                                            A. Raymond Hamrick, III
18                                         Kenneth A. Hearn
                                            W. Joseph Anderson
19                                         Attorneys for Plaintiff and Counter-Defendant
                                            MBL, INC.
20
21 DATED:  December 14, 2011    */s/ Bryan M. Barber*
22                                         BARBER LAW GROUP, P.C.
                                            Bryan M. Barber
23                                         Attorney for Defendant and Counter-Claimant
                                            NATIONWIDE INDEMNITY COMPANY
24
25 Dated: 12/15/11



IT IS SO ORDERED
Judge Joseph C. Spero

CASE NO. C11-00044 RS
**Joint Stipulation to Continue Hearing Date on Both Parties' Motions for Summary Judgment**
Page 2