1  A. Raymond Hamrick III (State Bar No. 93821)
   Kenneth A. Hearn (State Bar No. 87537)
2  W. Joseph Anderson (State Bar No. 267192)
   HAMRICK & EVANS, LLP
3  111 Universal Hollywood Drive, Suite 2200
   Universal City, California 91608
4  Telephone No.: (818) 763-5292
   Fax No.: (818) 763-2308
5
6  Attorneys for Plaintiff and Counter-Defendant MBL, INC.

7  Bryan M. Barber (State Bar No. 118001)
   BARBER LAW GROUP
8  101 California Street, Ste. 810
   San Francisco, California 94111
9  Telephone No.: (415) 273-2930
   Fax No.: (415) 273-2940
10
11 Attorney for Defendant and Counter-Claimant NATIONWIDE INDEMNITY COMPANY
12

13                  UNITED STATES DISTRICT COURT
14                 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MBL, INC., a California corporation, | CASE NO. C 11-00044 RS |
| Plaintiff, | |
| | Hon. Joseph C. Spero |
| v. | |
| NATIONWIDE INDEMNITY COMPANY, an Ohio corporation; and DOES 1 through 100, inclusive, | **JOINT STIPULATION TO CONTINUE DATE ON DISCOVERY HEARING** |
| Defendant. | |
| AND RELATED CROSS-ACTION. | |

### **RECITALS**

WHEREAS there is a telephonic Discovery Hearing in this matter currently scheduled for December 16, 2011 at 9:30 a.m. in front of Magistrate Judge Joseph C. Spero.

1  WHEREAS Counsel for MBL, Inc. is unavailable on December 16, 2011 due to a conflicting appearance in another matter.

WHEREAS on December 14, 2011, Counsel for MBL, Inc. requested Counsel for Nationwide Indemnity Company stipulate to continue the date for that Discovery Hearing.

WHEREAS the parties have met and conferred and agreed to continue the date set for the discovery hearing.

## STIPULATION

THEREFORE, in light of the foregoing recitals, the parties hereby agree and stipulate as follows:

1. The Discovery Hearing in this matter scheduled for December 16, 2011 at 9:30 a.m. shall be continued to December 21, 2011 at 10:30 a.m. and both parties shall appear telephonically.

SO STIPULATED.

Respectfully submitted,

DATED: December 14, 2011    /s/ A. Raymond Hamrick, III

HAMRICK & EVANS, LLP
A. Raymond Hamrick, III
Kenneth A. Hearn
W. Joseph Anderson
Attorneys for Plaintiff and Counter-Defendant
MBL, INC.

DATED: December 14, 2011    /s/ Bryan M. Barber

BARBER LAW GROUP, P.C.
Bryan M. Barber
Attorney for Defendant and Counter-Claimant
NATIONWIDE INDEMNITY COMPANY

Dated: 12/15/11

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

CASE NO. C11-00044 RS
**Joint Stipulation to Continue Hearing Date on Both Parties' Motions for Summary Judgment**
Page 2