UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

M.B.L. INC.,

      Plaintiff(s),

  v.

NATIONWIDE INDEMNITY,

      Defendant(s).
_____/

Case No. C11-0044 RS (JCS)

**DISCOVERY ORDER REGARDING JOINT LETTER BRIEF [Docket No. 78]**

On December 21, 2011, the Court held a telephonic discovery hearing regarding the Joint Letter Brief filed on December 2, 2011, docket no. 78 (the "Motion"). Raymond Hamrick and Joe Anderson, counsel for Plaintiff, appeared. Bryan Barber and Anna-Kathryn Benedict, counsel for Defendant, appeared.

For reasons stated on the record and good cause shown,

IT IS HEREBY ORDERED THAT:

1. Defendant shall produce the single identified loan agreement (the "Agreement") that is "similar" to the loan agreement at issue in this case, under the following terms and conditions:

    a. The Agreement shall be produced on an Attorneys' Eyes Only basis on **January 20, 2012.**

    b. Before **January 20, 2012**, the insured on the Agreement may apply to this Court for an Order that the Agreement not be produced.

    c. The Agreement shall be produced in redacted form, readacting only 1) information identifying the insured and 2) information protected by the attorney client privilege and the attorney work product doctrine.

2. Except as expressly GRANTED, the Motion is DENIED.

IT IS SO ORDERED.

Dated: December 22, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge