:

A. RAYMOND HAMRICK, III *○
DAVID L. EVANS *○
WILLIAM G. KELSBERG
KENNETH A. HEARN
KENNETH C. GREENE
ERIC DOBBERSTEIN ‡
DOUGLAS K. LACKEY *
KENNETH A. KOTARSKI
DANIEL J. QUISENBERRY
JEFFREY A. WHITE
ELLIE WIEDER
SVETLANA KUPERMAN
JUSTIN F. CRONIN
REBECCA L. WORDEN ♦
W. JOSEPH ANDERSON
RHONDA LONG ‡

# HAMRICK & EVANS, LLP

111 UNIVERSAL HOLLYWOOD DRIVE
SUITE 2200
UNIVERSAL CITY, CALIFORNIA 91608
TELEPHONE (818) 763-5292
FACSIMILE (818) 763-2308

WWW.HAMRICKLAW.COM

December 29, 2011

NEVADA OFFICE
8965 S. EASTERN AVENUE, SUITE 280
LAS VEGAS, NEVADA 89123
TELEPHONE (702) 382-4002
FACSIMILE (702) 382-1661

OF COUNSEL:
MARTIN J. BARAB
GEORGE KNOPFLER
JAMES M. PAZOS

*ALSO ADMITTED IN NEVADA
○ALSO ADMITTED IN COLORADO
♦ALSO ADMITTED IN NEW YORK
‡ADMITTED IN NEVADA ONLY

## **VIA ELECTRONIC FILE**

Magistrate Judge Joseph Spero
San Francisco Courthouse
Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102
Attention: Richard W. Wieking, Clerk

Re: ***MBL, Inc. vs. Nationwide Indemnity Company, et al.***
**United States District Court, Northern District of California**
**Case No. 4-11-cv-00044 YGR (JS)**
**Our Client : MBL, Inc.**

Dear Judge Spero:

This correspondence shall serve to request that A. Raymond Hamrick, III, and/or W. Joseph Anderson of this office be allowed to appear via Court Call at the hearing on the Notice of Objection to Production by Nationwide Pursuant to the Court's Discovery Order (docket No. 90) scheduled for Friday, February 10, 2012 at 9:30 a.m. in the above-referenced matter.

We would appreciate it if you could let us know as soon as possible whether this will be acceptable. Thank you for your consideration.

IT IS HEREBY ORDERED THAT the request is
GRANTED IN PART, DENIED IN PART. GRANTED
that counsel may appear by phone and shall provide
direct land line telephone numbers by 2/8/12 to the clerk.
Counsel shall be on phone standby beginning at 9:30 AM
and await the Court's call. DENIED as to use of Court
call for the hearing.
Dated: Feb. 6, 2012

Very truly yours,

*W. Joseph Anderson*

W. Joseph Anderson
Attorney for Plaintiff MBL, Inc.

Cc: Bryan Barber, Esq. (via e-mail)



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

00197539.DOCX