UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B.L., INC.,<br><br>        Plaintiff(s),<br><br>  v.<br><br>NATIONWIDE INDEMNITY,<br><br>        Defendant(s).<br>_____/ | Case No. C11-0044 RS (JCS)<br><br>**DISCOVERY ORDER REGARDING OBJECTION TO PRODUCTION BY INSURED [Docket No. 90]** |

On February 10, 2012, a hearing was held on the Objection to Production by Insured. Joe Anderson, counsel for Plaintiff, appeared. Bryan Barber, counsel for Defendant, appeared.

For reasons stated on the record and good cause shown,

IT IS HEREBY ORDERED THAT:

1. Nationwide shall file a declaration, under penalty of perjury, identifying whether or not the subject of the agreement between the 3rd party & Nationwide, that is the subject of this Court's prior Order, contains any provisions similar to the so called non-recourse provision in this case. If it does, the agreement shall be produced with all personal identifying information and all information that does not bear on that non-recourse provision be redacted. The agreement shall be produced on an "Attorneys' Eyes" only basis.

2. The parties are ordered to meet and confer and propose a formal Protective Order to the Court within ten (10) days.

3. It is the Order of the Court that counsel use this agreement exclusively for this litigation and shall not disclose this agreement to anyone, other than counsel, without Order of the Court.

IT IS SO ORDERED.

Dated:   February 16, 2012

JOSEPH C. SPERO
United States Magistrate Judge