United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MBL, INC., <br>     Plaintiff/Cross-Defendant, <br> vs. <br> NATIONWIDE INDEMNITY CO., <br>     Defendant/Cross-Complainant. | Case No.: C-11-00044-YGR <br><br> **CASE MANAGEMENT AND PRETRIAL ORDER** |

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, April 16 at 2:00 p.m. (previously set date of March 12, 2012 is VACATED) |
| REFERRED for Mandatory Settlement Conference Before Magistrate Judge Beeler to occur by: | March 21, 2012 (previously set by Magistrate Judge Beeler) |
| DISPOSITIVE MOTIONS[1] to be heard by: | December 11, 2012 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | Friday, January 11, 2013 |
| PRETRIAL CONFERENCE: | Friday, January 25, 2013 at 9:00 a.m. |
| TRIAL DATE: | Monday, February 11, 2013 at 8:30 a.m. (Jury Trial) |
| TRIAL LENGTH: | TBD days |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

**IT IS SO ORDERED.**

Dated: February 14, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**