UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| MBL INC., | No. C 11-00044 YGR (LB) |
| Plaintiff, | **ORDER REGARDING SETTLEMENT CONFERENCE** |
| v. | |
| NATIONWIDE INDEMNITY CO., | |
| Defendant. | |

The parties in the above-captioned matter timely submitted a joint settlement conference statement. Having reviewed the statement, the court **ORDERS** Nationwide to serve a settlement demand on MBL before the conference and preferably by 5 p.m. on Monday, May 19, 2012. MBL should make a good-faith effort to respond to that demand by Tuesday, March 20, 2012. In any event, the parties should mail an update regarding this process to the court's orders box at lbpo@cand.uscourts.gov by 6:30 p.m. on Tuesday, March 20, 2012.

The court **ORDERS** Nationwide email its confidential estimate of its litigation costs and attorneys' fees (to date and projected) to the orders box by 5 p.m. on Monday, March 19, 2012.[1]

**IT IS SO ORDERED.**

Dated: March 18, 2012

_____
LAUREL BEELER
United States Magistrate Judge

---

[1] The court acknowledges Nationwide's offer to bring them to the settlement conference but prefers the information in advance as required by its settlement order.

C 11-00044 YGR (LB)
ORDER