UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MBL, INC.,

    Plaintiff,

vs.

NATIONWIDE INDEMNITY CO.,

    Defendant.

Case No.: C-11-00044-YGR

**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING COMPLIANCE HEARING**

TO ALL PARTIES AND COUNSEL OF RECORD:

On March 28, 2012, the parties filed a Joint Stipulation to Continue the Case Management Conference Pending Settlement Finalization and Dismissal. (Dkt. No. 109.) Based on the Stipulation, the Court hereby VACATES the Case Management Conference scheduled for April 16, 2012. A compliance hearing shall be held on Friday, June 15, 2012 on the Court's 9:01a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in a courtroom to be designated.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: March 30, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**